

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIL HARDING and ALTON POWIS,

    Plaintiffs,

  -against-

NYC CRANE HOIST & RIGGING, LLC and
THOMAS AURINGER,

    Defendants.

19-CV-11948 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In light of the Court's Mediation Referral Order dated January 31, 2020 (Dkt. No. 12), the initial case management conference scheduled for March 3, 2020 (*see* Dkt. No. 9) is ADJOURNED *sine die*. If the parties' mediation efforts are unsuccessful, they shall file a joint letter, no later than **seven days** after the completion of the parties' mediation, proposing three dates on which both parties' principal trial counsel are available for a rescheduled initial case management conference.

Dated: New York, New York
       February 26, 2020

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**