UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIL HARDING, et al.,

        Plaintiffs,

  -against-

NYC CRANE HOIST & RIGGING, LLC, et al.,

        Defendants.

19-CV-11948 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By Order dated February 26, 2020 (Dkt. No. 15), the Court adjourned the initial case management conference scheduled for March 3, 2020, in light of the referral of this case to the Court's mediation program, and further ordered that: "If the parties' mediation efforts are unsuccessful, they shall file a joint letter, no later than **seven days** after the completion of the parties' mediation, proposing three dates on which both parties' principal trial counsel are available for a rescheduled initial case management conference."

On February 28, 2020, a mediator was assigned, and on March 6, 2020, a mediation conference was scheduled for March 26, 2020.

It is hereby ORDERED that, no later than **April 30, 2020**, the parties shall file a joint letter updating the Court on the status of their mediation efforts. If those efforts were unsuccessful, then the parties shall propose three dates in May 2020 on which both parties' principal trial counsel are available for a telephonic initial case management conference.

Dated: New York, New York
      April 23, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**