```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIL HARDING, et al.,

        Plaintiffs,

    -against-

NYC CRANE HOIST & RIGGING, LLC, et al.,

        Defendants.

19-CV-11948 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By Order dated April 23, 2020 (Dkt. No. 16), the Court directed the parties to file a joint letter, no later than April 30, 2020, updating the Court on the status of their mediation efforts and (if those efforts were unsuccessful) proposing three dates in May 2020 on which both parties' principal trial counsel are available for a telephonic initial case management conference. The parties have filed no such letter.

No later than **May 15, 2020**, the parties shall file the joint letter required by the Court's Order dated April 23, 2020.

Dated: New York, New York
     May 11, 2020

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**