# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/20

**Abdul K. Hassan, Esq.**                                           Tel: 718-740-1000
Email: abdul@abdulhassan.com                                        Fax: 718-740-2000
*Employment and Labor Lawyer*                                  Web: www.abdulhassan.com

October 5, 2020

**Via ECF**

Hon. Barbara C. Moses, USMJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: **Harding et al v. NYC Crane Hoist & Rigging, LLC et al**
    Case #: 19-CV-11948 (PGG)(BCM)
    Motion for Extension of Time

Dear Magistrate-Judge Moses:

My firm represents plaintiffs in the above-referenced action, and I respectfully write to request a brief one-week extension of the October 5, 2020 deadline for the plaintiffs to file their motion for settlement approval. This request is being made because some additional time is needed for the parties to sign the settlement papers. No prior request for an extension of this deadline was made.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:**     **Defense Counsel via ECF**

> Application GRANTED. The parties shall file their motion for settlement approval and accompanying papers no later than **October 13, 2020**. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> October 6, 2020

1