# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/20

**Abdul K. Hassan, Esq.**  
Email: abdul@abdulhassan.com  
*Employment and Labor Lawyer*

Tel: 718-740-1000  
Fax: 718-740-2000  
Web: www.abdulhassan.com

October 12, 2020

> Application GRANTED. The parties shall file their motions for settlement approval in *both* actions no later than **October 27, 2020**. SO ORDERED.
>
> /s/ Barbara Moses
>
> Barbara Moses, U.S.M.J.
> October 15, 2020

**Via ECF**

Hon. Barbara C. Moses, USMJ  
United States District Court, SDNY  
40 Foley Square  
New York, NY 10007

Re: **Martin v. NYC Crane Hoist & Rigging, LLC**  
      Case No. 19-CV-03789 (BCM)

Re: **Harding et al v. NYC Crane Hoist & Rigging, LLC et al**  
      Case No. 19-CV-11948 (BCM)  
      Motion for Extension of Time

Dear Magistrate-Judge Moses:

    My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a two-week extension of the October 12, 2020 deadline in this case and the October 13, 2020 deadline in the related case (19-CV-11948-BCM *Harding et al v. NYC Crane Hoist & Rigging, LLC et al* ), for Plaintiffs to file their motions for settlement approval. This request is being made because some additional time is needed for additional consultations with the family, etc. as to Plaintiff Martin after he recently died so that we can complete the settlement and the case. One prior request for an extension of this deadline was made and granted.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____  
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**cc:**      Defense Counsel via ECF